**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISRAEL MARTINEZ-RODRIGUEZ,<br><br>Defendant. | 2:08-CR-0093 JCM (RJJ)<br><br>Date:   N/A<br>Time:   N/A |

### ORDER

Presently before the court are the report and recommendations of United States Magistrate Judge Robert Johnston, which were filed on January 5, 2009. (Doc. # 26.) Judge Johnston recommended granting defendant's motion to dismiss based on prior unlawful deportation.

Local Rule IB 3-2 states that any party wishing to object to the findings and recommendations of a magistrate judge shall, within ten (10) days from the date of service of the findings and recommendations, file and serve specific written objections together with points and authorities in support thereof. This court then conducts a *de novo* determination of those portions of the specified findings or recommendations to which objections have been made. Here, no objections were filed.

Upon review of the magistrate judge's findings and recommendations and there being no objections filed,

. . .

. . .

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Magistrate Judge
2 Johnston's report and recommendations (Doc. # 26) are AFFIRMED in their entirety.
3    DATED this 23rd day of January, 2009.

*[signature]*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**